# Notice:    3:16-cv-00465

# No  Application to Proceed I.F.P. or Filing Fee was received with Complaint.